UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| ASHLEY NICOLE KELLY, | ) No. 5:20-cv-03676-KDW |
| Plaintiff, | ) |
| v. | ) |
| KILOLO KIJAKAZI,[1] Acting Commissioner of Social Security Administration, | ) |
| Defendant. | ) |

# ORDER

This matter is before the court on Defendant's Motion to Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g). ECF No. 21. Plaintiff, through counsel, consents to the motion. Defendant's Motion is *granted*. This case is reversed and remanded to the Commissioner pursuant to the fourth sentence of 42 U.S.C. § 405(g). On remand, the Appeals Council will refer Plaintiff's case to an administrative law judge to offer the claimant an opportunity for a new hearing and to issue a new decision.

IT IS SO ORDERED.

August 4, 2021
Florence, South Carolina

Kaymani D. West
United States Magistrate Judge

---

[1] Kilolo Kijakazi became the Acting Commissioner of Social Security on July 9, 2021. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Kilolo Kijakazi should be substituted, therefore, for Andrew Saul as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).